WESTERN AND ATLANTIC RAILROAD COMPANY *v.* TENNESSEE COAL,

IRON AND RAILROAD COMPANY.

This case being for decision by a full bench, and the six Justices being evenly divided in opinion, the judgment is affirmed by operation of law.

Argued April 19,—Decided August 10, 1907.

Action for damages. Before Judge Fite. Bartow superior court. July 20, 1906.

*Tye & Bryan* and *Neel & Peeples,* for plaintiff in error.

*Thomas W. Milner & Sons,* contra.